## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                 Case No. 24-cr-20035

                                    Hon. Matthew F. Leitman

v.

DEAMONTAE LUCHIE,

      Defendant.

_____/

## ORDER CONTINUING THE SUPERVISED RELEASE HEARING

Having considered the parties' joint motion to continue the supervised release hearing in this matter, the Court finds that continuing the supervised release violation hearing is appropriate for the reasons the parties stated in their joint motion. Specifically, delay is reasonable to allow the parties time to adequately prepare for the hearing and to allow the state proceedings to continue.

**IT IS HEREBY ORDERED** that the March 10, 2025, hearing date is continued. The hearing on the supervised release violation is scheduled for: May 8, 2025, at 10:00 a.m.

**IT IS SO ORDERED**.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126