UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEAMONTAE LUCHIE,

      Defendant.

_____/

Case No. 24-cr-20035
Hon. Matthew F. Leitman

## ORDER MODIFYING CONDITIONS OF BOND

**IT IS HEREBY ORDERED** that the condition of Defendant's bond requiring him to submit to location monitoring, is DELETED and ELIMINATED.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126